## HELFERICH PATENT LICENSING, LLC, Wireless Science, LLC, Appellants

v.

## CBS INTERACTIVE, INC., The New York Times Company, G4 Media, LLC, Bravo Media LLC, Appellees

**Michelle K. Lee, Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor.**

No. 2014–1556.

United States Court of Appeals, Federal Circuit.

April 8, 2015.

Aaron M. Panner, Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, Washington, DC, argued for appellants. Also

represented by Michael E. Joffre, Melanie L. Bostwick; Victoria Gruver Curtin, Victoria Gruver Curtin, PLC, Scottsdale, AZ; Steven G. Lisa, Jon E. Kappes, Law Offices of Steven G. Lisa, Scottsdale, AZ; Gerald D. Hosier, Law Offices of Gerald D. Hoiser, Ltd., Aspen, CO; Brad Pedersen, Patterson Thuente Pedersen, P.A, Minneapolis, MN.

Andrea Gay Reister, Covington & Burling LLP, Washington, DC, argued for appellees. Also represented by Gregory Discher, Michael S. Sawyer.

William Lamarca, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by Nathan K. Kelley, Scott Weidenfeller.

DYK, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**